IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| BRADLEY ADCOCK, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | Case No. 2:17-cv-0212-JRG-RSP |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § | |
| Defendant. | § | |

## JUDGMENT

Currently before the Court is the Report and Recommendation of the Magistrate Judge (Dkt. No. 17). No objections having been filed, the findings and conclusions of the Magistrate Judge are adopted as those of the Court. Accordingly,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this action is DISMISSED.

**So Ordered this**
Sep 10, 2018

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE